SEALED ORIGINAL

14-7263MB

JGW:USAO#2011R0452

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
MARYLAND

2014 APR 17 P 4: 25

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO: GLR-14-086 |
| | * | |
| RICHARD BYRD | * | |
| MAURICE JONES | * | ( Conspiracy to Distribute and Possess |
| RASAN BYRD, | * | with Intent to Distribute Cocaine and |
| Defendants. | * | Marijuana, 21 U.S.C. § 846) |
| | * | |

********

### INDICTMENT

The Grand Jury for the District of Maryland charges that:

From in or about 2009, and continuing through the date of this Indictment, in the District of Maryland, Texas, Arizona, California and elsewhere,

> **RICHARD BYRD
> MAURICE JONES and
> RASAN BYRD,**

the defendants herein, did knowingly, willfully and unlawfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and one thousand kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code Section 841(a)(1).

21 U.S.C. § 846



SCANNED

1

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

_____
Foreperson

Date: 4-17-14

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. GLR-14-0186 |
| RICHARD BYRD, | * | (UNDER SEAL) |
| MAURICE JONES, and | * | |
| RASAN BYRD | * | |
| Defendant | * | |

\*\*\*\*\*\*\*

## MOTION TO SEAL INDICTMENT

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and James G. Warwick, Assistant United States Attorney for said District, moves this Honorable Court for an order sealing the Indictment pending the arrest of the defendants in the above-captioned matter. Richard Byrd and Rasan Byrd have not yet been arrested and the disclosure of the Indictment or any arrest warrants will likely cause him to flee from prosecution.

WHEREFORE, the government requests that this Motion, the Order, the Arrest Warrant and all other documents filed in this action be **sealed** until ~~further order of the~~ *all the defendants are* Court, and that one (1) copy of the signed Indictment be provided by the Clerk to the United States Attorney's Office. *arrested*

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
James G. Warwick
Assistant United States Attorney

ORDERED as prayed, this 17 day of April, 2014.

_____
Susan K. Gauvey
United States Magistrate Judge

AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

SEALED

DOA: 4/29/14

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

2014 APR 17 P 4: 25    14-7263M

United States of America
v.

Richard Byrd
*Defendant*

Case No. GER-14-0186

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Richard Byrd
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Marijuana

Date: April 17, 2014

*Issuing officer's signature*

Address: 101 W. Lombard Street
Baltimore, Md. 21201

Susan K. Gauvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____         *Arresting officer's signature*         *Printed name and title* |